UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IAN FELMINE A.K.A.
ENIAN FELMINE,

JUDGMENT
09-CV- 3769 (RJD)

                            Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. VADIM
KONTOROVICH [SHIELD# 274201],
SERGEANT BRENDAN WARD, P.O.
WILLIAM DOOLEY [SHIELD#2596],
P.O. STEPHEN KARABIN [SHIELD#
7004], SERGEANT JOHN TANCREDI
[SHIELD#1061], SERGEANT KIENLE,
SERGEANT BEVERLY BROWN, "JOHN
DOE" AND "JANE DOE,"

                            Defendants.
-------------------------------------------------------------------X

        An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on November 11, 2010, directing the Clerk of Court to enter a Rule 68 Offer of Judgment in favor of plaintiff and against defendant; it is

        ORDERED, ADJUDGED and DECREED that:

        1.    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff IAN FELMINE will take judgment against defendant City of New York in this action for the sum of **Two Thousand Five Hundred and One Dollars ($2,501.00)**, plus reasonable attorneys' fees, expenses and costs arising out of plaintiff's claims asserted, pursuant to 42 U.S.C. § 1983, to June 11, 2010;

        2.    This Judgment shall be in full satisfaction of all claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the defendants, or any official or employee, either past or present, of the City of New York,

JUDGMENT
09-CV- 3769 (RJD)

or any agency thereof, in connection with the facts and circumstances that are the subject of this action;

3. This judgment shall not be construed as an admission of liability by any defendant, official, employee, representative or agent, past or present, of the City of New York, or agency thereof; nor it is an admission that plaintiff has suffered any damages;

4. Acceptance of the Rule 68 Offer of Judgment acts to release and discharge all defendants; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claim that were or could have been alleged by plaintiff in the above-referenced action;

5. Acceptance of the offer of judgment operated to waive plaintiff's right to any claim for interest on the amount of the judgment;

6. Payment of **TWO THOUSAND FIVE HUNDRED AND ONE DOLLARS ($2,501.00)**, within 90-days of the issuance of this judgment shall constitute a reasonable time period for such payment; it is

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of plaintiff, Ian Felmine a.k.a Enian Felmine, and against defendant, City of New York, as set forth above.

Dated: Brooklyn, New York
      November 19, 2010

                                       ROBERT C. HEINEMANN
                                       Clerk of Court